ORIGINAL

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR - 8 2002

DUNKIN' DONUTS INCORPORATED

Plaintiff(s)

vs.

UNION ENTERPRISES, INC., ET AL.

Defendant(s)

\*
\*
\*
\*
\*
\*\*\*\*\*\*

Case No.: L02 CV 1064

$50 i-o
#22483
✓ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, STEPHEN J. VAUGHAN, am a member in good standing of the bar of this Court. My bar number is 25865. I am moving the admission of DAVID E. WORTHEN, ESQUIRE to appear *pro hac vice* in this case as counsel for Plaintiff.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Connecticut | 12/9/88 |
| Court of Appeals for the Dist. of Columbia | 8/5/94 |
| U.S. Court of Appeals for the Seventh Circuit | 5/21/99 |
| Eastern District of Wisconsin | 3/1/00 |
| Central District of Illinois | 5/8/00 |
| District of Colorado | 1/8/01 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a

statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Stephen J. Vaughan* (signature) | (signature) |
| Signature | Signature |
| STEPHEN J. VAUGHAN | DAVID E. WORTHEN |
| Printed Name | Printed Name |
| SCHMELTZER, APTAKER & SHEPARD, P.C. | SCHMELTZER, APTAKER & SHEPARD, P.C. |
| Firm | Firm |
| 2600 Virginia Avenue, N.W., S. 1000 | 2600 Virginia Ave., N.W., S. 1000 |
| Address Wash., DC 20037 | Address Washington, DC 20037 |
| (202) 333-8800 | (202) 333-8800 |
| Telephone Number  Prid 245325 | Telephone Number  Prid 28405 |
| (202) 337-6065  Plid 81747 | (202) 337-6065  Plid 81747 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

4/17/02                              *B. Legg* (signature)
Date                                 United States District Judge