UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>A Delaware Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>UNION ENTERPRISES, INC., *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. L02 CV 1064<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Dunkin' Donuts Incorporated hereby dismisses this case without prejudice.

Respectfully submitted,

*Stephen J. Vaughan*
_____
Stephen J. Vaughan (D. MD Bar No. 25865)
David E. Worthen
Matthew Van Horn
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Attorney for Plaintiff
Dunkin' Donuts Incorporated

Dated: May 13, 2002

APPROVED THIS 28TH DAY OF May, 2002
_____
BENSON EVERETT LEGG, U.S.D.J.

## Certificate of Service

On the 13th day of May, 2002, the above-foregoing document was sent by pre-paid, First Class U.S. Mail to the following:

Al Lim
c/o Dunkin' Donuts
7821 Wise Ave.
Baltimore, MD 21222

_____
Steph J. V[signature]